THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Carl Kevin
 Miller, Appellant.
 
 
 

Appeal From Richland County
 James R. Barber, III, Circuit Court Judge
Unpublished Opinion No. 2008-UP-437
Submitted August 1, 2008  Filed August 5,
 2008    
APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER
 CURIAM:  Carl Kevin Miller appeals his guilty plea to two counts of shoplifting and concurrent
 sentences of six years imprisonment for
 each count.  Miller argues the plea court erred in considering the
 solicitors sentencing recommendation.  After
 a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the
 appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
KONDUROS, J.,
 CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.